UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X.

LARRY MCKEE,

                Plaintiff,

- against -

THE CITY OF NEW YORK; New York City Police Department Detectives MICHAEL GAUGHAN and JAMES TIERNEY; Bronx County District Attorney's Office Assistant District Attorney WILLIAM RACOLIN, THE BRONX DISTRICT ATTORNEY's OFFICE, and "JOHN and/or JANE DOES" # 1-10 who are currently unknown members of the New York City Police Department; and "RICHARD and/or RACHEL ROES # 1-10" who are currently unknown members of the Bronx County District Attorney's Office, all of whom are being sued in their individual capacities,

                Defendants.
-------------------------------------------------------------------------X

Index No.: 1:18-cv-11230

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE THAT the undersigned is counsel for plaintiff Larry McKee, and hereby enters his appearance and respectfully requests that all papers in this action are served upon the Plaintiff at the address that follows.

Dated:    Albertson, New York
            February 19, 2019

*s/ Michael E. Talassazan*
_____
Law Offices of Michael E. Talassazan
Attorney for Plaintiff Larry McKee
118 Grant Avenue
Albertson, New York 11507
Tel: (917) 768 1155
michaeltalassazan@gmail.com