UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LARRY MCKEE,

                                  Plaintiff,

        -against-

THE CITY OF NEW YORK, et al

                                 Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

18 Civ. 11230 (AKH)

        **PLEASE TAKE NOTICE** that **STEPHEN SUHOVSKY**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York, Michael Gaughan, James Tierney, and William Racolin and requests that all papers and future notifications in this action be served upon the undersigned at the address stated below and copied to ecf@law.nyc.gov.

Dated:  New York, New York
          May 29, 2019

                            ZACHARY W. CARTER
                            Corporation Counsel of the City of New York
                            *Attorney for the City of New York*
                            100 Church Street, Room 3-199
                            New York, New York 10007
                            (212) 356-2371
                            ssuhovsk@law.nyc.gov

                            By:        /s/
                                    _____
                                    Stephen Suhovsky
                                    *Senior Counsel*
                                    Special Federal Litigation Division

TO: Oscar Michelen, Esq. (via ECF)