

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | STEPHEN M. SUHOVSKY<br>*Senior Counsel*<br>Phone: (212) 356-2371<br>Fax: (212) 356-3509<br>ssuhovsk@law.nyc.gov |
|---|---|---|

February 4, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Time is enlarged, and a status conference is ordered on February 26, 2021 at 10:30 am.

So ordered,
/s/
Alvin K. Hellerstein
2/8/21

Re:     McKee v. City of New York, et al., 18-CV-11230 (AKH)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request an extension of the 30 day deadline to file the parties' settlement documents with this Court from February 4, 2021 until February 22, 2021 as the parties are still working together on the document language. Plaintiff has consented to the request and this is the first such request made by the parties.

The parties thank the court for its consideration of this request.

Respectfully submitted,

/s/
Stephen M. Suhovsky
*Senior Counsel*

VIA ECF:
Oscar Michelen, Esq.
Cuomo LLC
200 Old Country Rd.
Mineola, NY 11501