

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

STEPHEN M. SUHOVSKY
*Senior Counsel*
Phone: (212) 356-2371
Fax: (212) 356-3509
ssuhovsky@law.nyc.gov

February 23, 2021

The adjournment to March 5, 2021, 10:00 am is granted.  The parties shall state their reasons regarding the disputed language of paragraph 7 of their settlement agreement, in a joint letter to be filed on ECF by noon, Wednesday, March 3, 2021.

So ordered,
/s/
Alvin K. Hellerstein
2/24/21

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   McKee v. City of New York, et al., 18-CV-11230 (AKH)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write in response to the Court's February 23, 2021 order. See ECF No. 42. Due to a scheduling conflict, the defendants respectfully request that the status conference set for this Friday, February 26, 2021 be adjourned to next Friday, March 5, 2021. Plaintiff's counsel, Oscar Michelen, has consented to this request.

The defendants thank the Court for its attention in this matter.

Respectfully submitted,

/s/
Stephen M. Suhovsky
*Senior Counsel*

VIA ECF:
Oscar Michelen, Esq.
Cuomo LLC
200 Old Country Rd.
Mineola, NY 11501