

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ALAN H. SCHEINER**<br>*Senior Counsel*<br>Phone: (212) 356-2344<br>Fax: (212) 356-3509<br>ascheine@law.nyc.gov |

April 7, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>McKee v. City of New York, et al.</u>, 18-CV-11230 (AKH)

Your Honor:

  I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and an attorney assigned to the defense of the above-referenced matter.

  Defendants write to advise the Court that the parties have reached a settlement and to submit the enclosed Stipulation of Dismissal and respectfully request, with the consent of plaintiff, that the Court adjourn the status conference scheduled for April 9, 2021 as moot. (In addition, our understanding is that plaintiff's counsel is not available for the conference due to a medical appointment.)

  The Stipulation of Dismissal requests that the Court maintain jurisdiction over the matter. Accordingly, pursuant to the Court's Individual Practices, ¶ 5, defendants respectfully request to submit the Stipulation of Settlement to the Court for review *in camera* and respectfully request, with the consent of plaintiff, that the Stipulation of Settlement not be required to be filed via ECF. As a result of the Court's Covid-19 emergency orders there is no apparent means to deliver documents to the Court *in camera*. Therefore, defendants respectfully request leave to do so and instructions on how to deliver the stipulation.

The parties thank the court for its consideration of this request.

Respectfully submitted,

*Alan H. Scheiner* /s/

Alan H. Scheiner
*Senior Counsel*

Encl.

VIA ECF:
Oscar Michelen, Esq.
Cuomo LLC
200 Old Country Rd.
Mineola, NY 11501