UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

LARRY MCKEE,

                                                       Plaintiff,

-against-

CITY OF NEW YORK, DETECTIVE JAMES TIERNEY,
ADA WILLIAM RACOLIN, DETECTIVE MICHAEL
GAUGHAN, BRONX DA'S OFFICE, JOHN/JANE POs 1-10,
RICHARD/RACHEL DOES 1-10 DAs,

                                                      Defendants.
---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18 Civ. 11230 (AKH)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.       The above-referenced action is hereby dismissed with prejudice; and

       2.       Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
April 7, 2021

| | |
|---|---|
| CUOMO LLC<br>*Attorneys for Plaintiff*<br>200 Old Country Road, Suite 2 South<br>Mineola, NY 11501<br>516-741-3222 | JAMES E. JOHNSON<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York,*<br>    *Bronx District Attorney's Office, Tierney,*<br>    *Gaughan, and Racolin*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By:  s/Oscar Michelen<br>    Oscar Michelen<br>    *Attorney for Plaintiff* | By:   *Alan H. Scheiner* /s/<br>    Alan H. Scheiner<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. ALVIN K HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2021

2